**Order entered February 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01376-CR
No. 05-14-01377-CR

**MATTHEW RYAN ARBANAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-82622-2012, 219-82623-2012**

## ORDER

We **GRANT** Official Court Reporter Indu A. Bailey's February 13, 2015 request for an extension of time to file the reporter's record. The reporter's record shall be due on **March 9, 2015**.

/s/     ADA BROWN
        JUSTICE